# United States of America
## United States Patent and Trademark Office

# LIGHTER. STRONGER. BETTER...

**Reg. No. 4,079,660**  
**Registered Jan. 3, 2012**  
**Int. Cl.: 13**  

**TRADEMARK**  
**PRINCIPAL REGISTER**

DANIEL DEFENSE, INC. (GEORGIA CORPORATION)  
101 WARFIGHTER WAY  
BLACK CREEK, GA 31308

FOR: ACCESSORY PARTS FOR FIREARMS, NAMELY, MOUNTING RAIL APPARATUS AND MOUNTING RAILS, FIREARM SLING MOUNTS, FIREARM OPTIC MOUNTS, FIREARM LIGHT MOUNTS, AND UPPER RECEIVERS FOR FEEDING AND EJECTING CARTRIDGES TO FIREARMS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 2-9-2006; IN COMMERCE 2-9-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-312,113, FILED 5-4-2011.

ROBIN MITTLER, EXAMINING ATTORNEY



David J. Kappos  
Director of the United States Patent and Trademark Office