# United States of America
## United States Patent and Trademark Office



Reg. No. 4,469,889
Registered Jan. 21, 2014

Int. Cl.: 13

TRADEMARK

PRINCIPAL REGISTER

DANIEL DEFENSE, INC. (GEORGIA CORPORATION)
101 WARFIGHTER WAY
BLACK CREEK, GA 31308

FOR: FIREARMS AND FIREARMS ACCESSORIES, NAMELY, COMPLETE RIFLES, UPPER AND LOWER RECEIVERS, BARREL ASSEMBLIES, RIFLE RAIL SYSTEMS, FIREARM VERTICAL GRIPS, FIREARM SIGHTS, FIREARM SLING MOUNTS, FIREARM AMMUNITION, FIREARM FLASH BRAKES, FIREARM MOUNTS FOR ATTACHING ACCESSORIES TO FIREARMS AND FIREARM FLASH HIDERS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 12-22-2011; IN COMMERCE 1-13-2012.

THE MARK CONSISTS OF TWO REPEATING CHEVRONS WHICH RESEMBLE MODIFIED LETTERS "D","D" HAVING THE BACKS OF THE "D","D" DELETED AND THE FRONT PORTION ANGLED.

SER. NO. 85-945,055, FILED 5-29-2013.

PAUL CROWLEY, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office