UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
Civil Action No. 4:14-cv-00131-WTM-GRS

| | |
|---|---|
| DANIEL DEFENSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REMINGTON ARMS COMPANY, LLC, <br><br> and <br><br> REMINGTON OUTDOOR COMPANY, INC. <br><br> Defendants. | DISCLOSURE STATEMENT OF REMINGTON OUTDOOR COMPANY, INC. <br><br> CIVIL ACTION NO: 4:14-cv-00131-WTM-GRS |

## DISCLOSURE STATEMENT

### S.D. Ga. LR 7.1.1

Pursuant to S.D. Ga Local Rule 7.1.1, the undersigned, counsel of record for Remington Outdoor Company, Inc., certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Daniel Defense, Inc. | Plaintiff; Counter-Defendant |
| Remington Arms Company, LLC | Defendant; Counter-Plaintiff |
| Remington Outdoor Company, Inc. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the Remington Outdoor Company, Inc.:

1

***Board of Directors:***
George Kollitides, II, Executive Chairman
Bobby Brown
Walter McLallen, Vice Chairman
James J. Pike, Vice Chairman
James Campbell, Co-Lead Director
James Marcotuli, Co-Lead Director, Operations
General (Ret.) Michael Carns
General (Ret.) Michael Hagee
General (Ret.) George Joulwan
George Zahringer III
Ronald E. Kolka
Scott Wille

***Officers:***

| | |
|---|---|
| George Kollitides, II | Chief Executive Officer |
| Colonel Matt Karres (Ret.) | Chief of Staff |
| Ronald E. Kolka | Executive Vice President, Chief Financial Officer |
| Melissa Cofield | Executive Vice President and Chief Human Resources Officer |
| Jeffrey B. Costantin | Executive Vice President and Chief Information Officer |
| Jonathan K. Sprole | Executive Vice President, General Counsel, Secretary and Chief Compliance Officer |
| Corry Doyle | Senior Vice President Finance, Treasurer |
| Darin Stafford | Vice President and Controller |
| Julie A. Sears | Assistant Secretary |
| Kimberly A. Brown | Assistant Treasurer |

To the best of the undersigned's knowledge, the undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock): <u>None</u>

<u>/s/ Nathan C. Belzer</u>
Nathan C. Belzer
Ga. Bar. No. 049786
Belzer PC
2905 Bull Street
Savannah, GA 31405
phone: 912.236.3001
fax: 912.236.3003
email: nbelzer@belzerlaw.com

*Attorney for Defendant*
*Remington Outdoor Company, Inc.*

2

**CERTIFICATE OF SERVICE**

This is to certify that on October 14, 2014, a copy of the foregoing DISCLOSURE STATEMENT was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Nathan C. Belzer
Nathan C. Belzer
Ga. Bar. No. 049786
Belzer PC
2905 Bull Street
Savannah, GA 31405
phone: 912.236.3001
fax: 912.236.3003
email: nbelzer@belzerlaw.com