UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
Civil Action No. 4:14-cv-00131-WTM-GRS

| | |
|---|---|
| DANIEL DEFENSE, INC.,<br><br>               Plaintiff,<br><br>   vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br><br>           and<br><br>REMINGTON OUTDOOR COMPANY,<br>INC.<br><br>            Defendants. | **DISCLOSURE STATEMENT OF<br>REMINGTON ARMS COMPANY, LLC**<br><br>**CIVIL ACTION NO:<br>4:14-cv-00131-WTM-GRS** |

**DISCLOSURE STATEMENT**

**S.D. Ga. LR 7.1.1**

Pursuant to S.D. Ga Local Rule 7.1.1, the undersigned, counsel of record for Remington Arms Company, LLC, certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Daniel Defense, Inc. | Plaintiff; Counter-Defendant |
| Remington Arms Company, LLC | Defendant; Counter-Plaintiff |
| Remington Outdoor Company, Inc. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the Remington Arms Company, LLC:

***Management Board***
George Kollitides, II
Walter McLallen
George Zahringer, III
General (Ret.) Michael Hagee
James J. Pike

***Officers:***

| | |
|---|---|
| George Kollitides, II | President and Chief Executive Officer |
| Colonel Matt Karres (Ret.) | Chief of Staff |
| Ronald E. Kolka | Executive Vice President and Chief Financial Officer |
| Melissa Cofield | Executive Vice President and Chief Human Resources Officer |
| Jeffrey B. Costantin | Executive Vice President and Chief Information Officer |
| Jonathan K. Sprole | Executive Vice President, General Counsel, Secretary and Chief Compliance Officer |
| John Trull | Senior Vice President and General Manager for Firearms |
| Ginger Chandler | Senior Vice President, New Product Development and Innovation |
| John Day | Sr. Vice President, DoD and MSRs |
| Keith Enlow | Senior Vice President and General Manager, Ammunition |
| Kevin Graff | Senior Vice President and General Manager Consumer & Business Development |
| Rob McCanna | Senior Vice President, Global Revenue |
| Leland Nichols | Senior Vice President Long guns and Handguns,  and Deputy General Manager of Firearms |
| Ross Saldarini | Senior Vice President, Apparel |
| Ryan Cleckner | Vice President, Compliance and Security |
| Joe Andrews | Vice President, Marketing, Branding and Licensing |
| Jay Bunting | Vice President, Distributor Sales |
| Gaston Gravel | Vice President, International Sales Ammunition & Firearms *(retired 9/'14)* |
| Paul Merz | Vice President, Operations |
| Trip Ferguson | Vice President Operations, Huntsville - Mayfield |
| Hal Mueller | Vice President, Sourcing |
| Arlo Sims | Vice President, AME and Process Improvement Engineering |
| Jay Stuart | Vice President, Business Development & Sales Support |
| Chris Tinkle | Vice President, Retail Sales |
| Scott Franz | Vice President, Research & Development Engineering Services |
| Corry Doyle | Senior Vice President Finance, Treasurer |
| Darin Stafford | Vice President, Controller |
| Scott M. Johnson | Vice President, Finance Operations |
| Karen Falvey | Vice President, Fulfillment |
| Bret Mazzei | Vice President of Sales Operations |
| Jason Lindell | Vice President, Corporate Financial Planning & Analysis |
| Julie A. Sears | Assistant Secretary, Vice President, Tax |
| Kimberly A. Brown | Assistant Treasurer |
| Catherine Wall | Associate General Counsel |

To the best of the undersigned's knowledge, the undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification & Relationship |
|------|-------------------------------|
| FGI Operating Company, LLC | Parent of Remington Arms Company, LLC |
| FGI Holding Company, LLC | Parent of FGI Operating Company, LLC |
| Remington Outdoor Company, Inc. | Parent of FGI Holding Company, LLC |

/s/ Nathan C. Belzer
Nathan C. Belzer
Ga. Bar. No. 049786
Belzer PC
2905 Bull Street
Savannah, GA 31405
phone: 912.236.3001
fax: 912.236.3003
email: nbelzer@belzerlaw.com

*Attorney for Defendant and Counter-Plaintiff Remington Arms Company, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on October 14, 2014, a copy of the foregoing DISCLOSURE

STATEMENT was filed electronically with the Clerk of Court using the CM/ECF system.


/s/ Nathan C. Belzer
Nathan C. Belzer
Ga. Bar. No. 049786
Belzer PC
2905 Bull Street
Savannah, GA 31405
phone: 912.236.3001
fax: 912.236.3003
email: nbelzer@belzerlaw.com