UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL DEFENSE, INC., )
        )
    Plaintiff, )
v. ) Case No. CV414-131
        )
REMINGTON OUTDOOR COMPANY, )
INC., a/k/a FREEDOM GROUP, INC., )
et al., )
        )
    Defendants. )

## ORDER

The Court having reviewed and considered the petition of Robert M. Ward of the law firm of Dilworth IP, LLC, The Pinnacle, 3455 Peachtree Road, N.E., Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of plaintiff Daniel Defense, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Robert M. Ward as counsel of record for plaintiff Daniel Defense, Inc., in this case.

**SO ORDERED** this ___13th___ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA