IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
Civil Action No. 4:14-cv-00131-WTM-GRS

| | |
|---|---|
| DANIEL DEFENSE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REMINGTON OUTDOOR COMPANY, ) <br> INC., AKA FREEDOM GROUP, INC. and ) <br> REMINGTON ARMS COMPANY, LLC ) <br> DBA DPMS FIREARMS/PANTHER ) <br> ARMS, ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION NO.** <br> **4:14-cv-00131-WTM-GRS** |

### ANSWER OF PLAINTIFF/COUNTERCLAIM DEFENDANT DANIEL DEFENSE TO DEFENDANT REMINGTON ARMS COMPANY, LLC'S COUNTERCLAIM.

For its answer to the Defendant Remington Arms Company, LLC's Counterclaim, the Plaintiff/Counterclaim Defendant Daniel Defense, Inc. ("Daniel Defense") admits only as much as may be specifically admitted herein and further states and alleges as follows:

### PARTIES

1. Admitted.

2. Admitted.

### JURISDICTION

3. Admitted.

4. Admitted.

## **VENUE**

5.     Admitted.

## **FACTS**

6.     Admitted.

7.     Admitted.

8.     Daniel Defense is without information sufficient to determine the truth or falsity of the allegations in Paragraph 8, and therefore denies same.

9.     Denied.

10.     Denied.

11.     Denied.

## **COUNT I**
## **DECLARTORY JUDGMENT OF TRADEMARK NON-INFRINGEMENT**

12.     This paragraph does not contain any claim for relief or facts in support of a claim to which a response is required.

13.     Admitted.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied.

18.     Denied.

## **COUNT II**
## **CANCELLATION OF TRADEMARK REGISTRATION NOS. 4,079,660 AND 4,469,889**

19.     This paragraph does not contain any claim for relief or facts in support of a claim to which a response is required.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

## PRAYER FOR RELIEF

Daniel Defense denies that Remington Arms Company, LLC is entitled to any relief whatsoever.

This the 17th day of November, 2014.

| | |
|---|---|
| /s/ Justin Charles Ward | /s/ Robert M. Ward |
| Justin Charles Ward | Robert M. Ward |
| Georgia State Bar No. 746408 | Georgia State Bar No. 775401 |
| jward@danieldefense.com | rward@dilworthip.com |
| | |
| DANIEL DEFENSE, INC. | DILWORTH IP, LLC |
| 101 Warfighter Way | 3455 Peachtree Road NE |
| Black Creek, GA 31308 | 5th Floor |
| Tel:  (912) 851-3293 | Atlanta, GA 30326 |
| | Tel: (404) 606-6480 |

/s/ William G. Glass
William G. Glass
Georgia Bar No. 297340
bglass@wswgs.com

/s/ A. Robert Casella
Georgia Bar No. 115611
rcasella@wswgs.com

WEINER, SHEAROUSE, WEITZ,
GREENBERG & SHAWE, LLP
Post Office Box 10105
Savannah, GA 31412
Tel: (912) 233-2251

*Attorneys for Plaintiff Daniel Defense, Inc.*

# CERTIFICATE OF SERVICE

I do hereby certify that this 17th day of November, 2014, I served a copy of the foregoing **ANSWER OF PLAINTIFF/COUNTERCLAIM DEFENDANT DANIEL DEFENSE TO DEFENDANT REMINGTON ARMS COMPANY, LLC'S COUNTERCLAIM** in accordance with the notice of electronic filing requirements on:

Nathan C. Belzer
Belzer, PC
2905 Bull Street
Savannah, Georgia 31405


/s/ Justin Charles Ward
Justin Charles Ward
Georgia State Bar No. 746408
jward@danieldefense.com

DANIEL DEFENSE, INC.
101 Warfighter Way
Black Creek, GA 31308
Tel:  (912) 851-3293

/s/ William G. Glass
William G. Glass
Georgia Bar No. 297340
bglass@wswgs.com

/s/ A. Robert Casella
Georgia Bar No. 115611
rcasella@wswgs.com

WEINER, SHEAROUSE, WEITZ,
GREENBERG & SHAWE, LLP
Post Office Box 10105
Savannah, GA 31412
Tel: (912) 233-2251

*Attorneys for Plaintiff Daniel Defense, Inc.*

/s/ Robert M. Ward
Robert M. Ward
Georgia State Bar No. 775401
rward@dilworthip.com

DILWORTH IP, LLC
3455 Peachtree Road NE
5th Floor
Atlanta, GA 30326
Tel: (404) 606-6480