IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL DEFENSE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:14-cv-00131-WTM-GRS |
| REMINGTON OUTDOOR COMPANY, ) | |
| INC., AKA FREEDOM GROUP, INC. and ) | |
| DPMS FIREARMS/PANTHER ARMS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER ON UNOPPOSED MOTION FOR LEAVE TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT REMINGTON ARMS COMPANY, LLC'S COUNTERCLAIM.**

THIS MATTER came before the Court on Plaintiff Daniel Defense, Inc.'s Unopposed Motion for Leave to Answer or Otherwise Respond to Defendant Remington Arms Company, LLC's Counterclaim.

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Plaintiff's Motion for Leave to Answer or Otherwise Respond to Defendant Remington Arms Company, LLC's Counterclaim is GRANTED.

This the 19th day of November, 2014.

_____
G. R. Smith, Magistrate Judge
Southern District of Georgia