4:14-cv-131

Robert M. Ward
Dilworth IP, LLC
The Pinnacle
3455 Peachtree Rd., NE
Atlanta, GA 30326

***** YOU COULD HAVE RECEIVED THIS DOCUMENT BY EMAIL *****
Register now and get all your pleadings and orders delivered to your desktop

# Orders on Motions

4:14-cv-00131-WTM-GRS Daniel Defense, Inc. v. Remington Outdoor Company, Inc. et al

## U.S. District Court

## Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 11/13/2014 at 11:31 AM EST and filed on 11/13/2014
**Case Name:**     Daniel Defense, Inc. v. Remington Outdoor Company, Inc. et al
**Case Number:**   4:14-cv-00131-WTM-GRS
**Filer:**
**Document Number:** 30

**Docket Text:**
**ORDER granting [29] Motion for Leave to Appear pro hac vice. Signed by Magistrate Judge G. R. Smith on 11/13/2014. (loh)**


**4:14-cv-00131-WTM-GRS Notice has been electronically mailed to:**

Anthony Robert Casella    rcasella@wswgs.com, tkristoff@wswgs.com

Nathan C. Belzer    nbelzer@belzerlaw.com, rwomack@belzerlaw.com

Justin Charles Ward    jward@danieldefense.com

**4:14-cv-00131-WTM-GRS Notice has been delivered via US Postal Service to:**

Robert M. Ward
Dilworth IP, LLC
The Pinnacle
3455 Peachtree Rd., NE
Atlanta, GA 30326

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1090526433 [Date=11/13/2014] [FileNumber=2260675-0] [0b89e4dde677f236eb0da2f704a2bc44740d602dd7775d6a9ac94b37b5e699db46 a69785d0109b80d08da8fe298ffe20f2c52692b0ae39a3285a33a4262bf346]]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DANIEL DEFENSE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV414-131 |
| REMINGTON OUTDOOR COMPANY, INC., a/k/a FREEDOM GROUP, INC., et al., | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of Robert M. Ward of the law firm of Dilworth IP, LLC, The Pinnacle, 3455 Peachtree Road, N.E., Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of plaintiff Daniel Defense, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Robert M. Ward as counsel of record for plaintiff Daniel Defense, Inc., in this case.

**SO ORDERED** this __13th__ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF GEORGIA
P.O. BOX 8286
SAVANNAH, GEORGIA 31412

OFFICIAL BUSINESS

JACKSONVILLE FL 320
13 NOV '14
PM 2 L

RECEIVED
DATE 11/24/14
DEPUTY CLERK
SOUTHERN DIST. CT OF GA.
SAVANNAH, GEORGIA

049J82037740
$00.48
11/13/2014
Mailed From 31401
US POSTAGE

NIXIE    300    5E   1009    0011/19/14
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 31412828686    *1538-01709-13-45