

MY ACCOUNT   MY WISHLIST   MY CART   CHECKOUT   LOG IN

SEARCH DANIEL DEFENSE

CARBINE RIFLES    RAIL SYSTEMS    UPPER RECEIVER GROUPS    CHF BARRELS    COMPONENTS/PARTS    MOUNTS    ACCESSORIES    CONTOUR

Home / Rail Systems / AR15 Lite Rail™ 12.0 FSP, Carbine



### AR15 LITE RAIL™ 12.0 FSP, CARBINE

Email to a Friend | Be the first to review this product

### QUICK OVERVIEW

The Daniel Defense AR15 Lite RailTM 12.0 is the next advancement in the free float rail systems. The AR15 Lite RailTM 12.0 FSP weighs in at only 14 ounces and utilizes a steel barrel nut! The patented Bolt Up System&trade allows for an uninterrupted upper rail platform.

The Daniel Defense 12.0 FSP Free Float Rail System features an opening in the top rail to accommodate the front sight post and gas block of a carbine length AR15 gas system. This precision cut-out provides much needed rail space along the top, sides, and bottom rails of the 12.0 FSP. The rifle's front sight post protrudes through this opening but does not diminish the useable mounting area on the rail that extends beyond the gas block and over the carbine's barrel. This extra "real-estate" is a perfect location for aiming devices, flashlights, and laser sights.

Rails are 1913 Mil-Spec and are 100% checked for conformity. Every rail includes your choice of ladders or panels, which are made from santoprene, which can handle heat up to 350 degrees.

### RECENTLY VIEWED PRODUCTS

AIMPOINT MICRO MOUNT

DANIEL DEFENSE M4 URG, MK18 (10.3 IN. BARREL)

### COMPARE PRODUCTS

You have no items to compare.

### MY CART

You have no items in your shopping cart.

Availability: **In stock**

$389.00    Qty:    ADD TO CART

Add to Wishlist | Add to Compare    SHARE

## DETAILS

- Free Floating Barrel Design
- Uninterrupted Upper Rail Platform
- Aircraft Grade Aluminum
- Hardened Steel Barrel Nut
- Grade 8 Military Specification Fasteners
- Mil-Spec 1913 Picatinny Rails

## MATERIALS & CONSTRUCTION

Precision CNC machined from Aircraft Grade 6061-T6 Aluminum and Military Specification Type III Hard Coat Anodized for a rock hard lasting finish. The AR15 Lite Rail™ weighs in at an amazing 14.1 ozs.

- Material: Aircraft Grade 6061-T6 Aluminum
- Finish: Military Specification Type III Hard Coat Anodized
- Length: 12.5"
- Width: 2.06"
- Weight 14.1 Ounces
- Inside Diameter: 1.22"
- Made in the USA!

## INSTALLATION REQUIREMENTS

Our Bolt Up System Barrel Nut Wrench is required for installation

## WARRANTY STATEMENT

All Daniel Defense rail systems carries a 100% satisfactions guarantee against defects in original materials and workmanship. If your Daniel Defense rail system shows evidence of such defects, Daniel Defense will make every accommodation to fix, repair, or replace your rail system in the most expeditious and inexpensive manner possible. Daniel