


Burris Rebates Ends on Dec. 31



Free Daily Newsletter

Send

## GRAND VIEW OUTDOORS BASECAMP

Comanche Outfitters - **New Jersey**
LAXCO, Inc. - **Washington**
Walton's Inc. - **Kansas**
Beaver Dam ARGO ATV Inc. - **Wisconsin**
SABRE Security Equipment Corporation - **Missouri**



## TOP STORIES

Remington Agrees To Replace Millions Of Rifle Triggers

Waterfowl Migration Reports — Central

Hunter Kills 693-Pound Bear

For the third consecutive year, top AR rifle and accessories manufacturer Daniel Defense has made *Inc. Magazine's* top 5000 list of America's fastest growing companies, ranking among top brands Pandora, LinkedIn and Domino's Pizza.

"I am particularly proud that we achieved this goal while installing the infrastructure for long-term growth and because it is more difficult to grow at this pace as a mid-size company," said Daniel Defense CEO Marty Daniel. "Even more exciting than reaching this goal is that now we have the infrastructure in place in our design, prototyping, manufacturing engineering, manufacturing, quality, MRP, accounting, marketing and sales."

*Inc. Magazine* says Daniel Defense posted $55.7 million in 2013 revenue, growing 255 percent in three years. The company has expanded over the last several years into a combined 137,000 square feet of manufacturing space and employs more than 220 workers.

The company just released its first AR-style pistol and has been flexing its muscles in the industry with a recent trademark infringement claim against DPMS Firearms, which is owned by Remington Outdoor Group.

Since 1982, *Inc. Magazine* has compiled a list of America's fastest-growing private companies according to percentage of revenue growth over three years.

**CATEGORIES :** News