# Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85312113 | FILING DATE | 05/04/2011 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | MITTLER, ROBIN M | L.O. ASSIGNED | 117 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/13/2011 |
| PUB DATE | 10/18/2011 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 09/09/2011 |
| LITERAL MARK ELEMENT | LIGHTER. STRONGER. BETTER... |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LIGHTER. STRONGER. BETTER... |

| | |
|---|---|
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Daniel Defense, Inc. |
| ADDRESS | 101 Warfighter Way<br>Black Creek, GA 31308 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Georgia |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 013 |
| DESCRIPTION TEXT | Accessory parts for firearms, namely, mounting rail apparatus and mounting rails, firearm sling mounts, firearm optic mounts, firearm light mounts, and upper receivers for feeding and ejecting cartridges to firearms |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 013 | FIRST USE DATE | 02/09/2006 | FIRST USE IN COMMERCE DATE | 02/09/2006 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/09/2011 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 09/08/2011 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 09/08/2011 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 09/08/2011 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 09/07/2011 | ALIE | A | ASSIGNED TO LIE | 008 |
| 09/02/2011 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 08/22/2011 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 08/22/2011 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 08/22/2011 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |

| 08/16/2011 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| --- | --- | --- | --- | --- |
| 05/10/2011 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 05/07/2011 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
| --- | --- |
| ATTORNEY | Christopher J. Chan |
| CORRESPONDENCE ADDRESS | CHRISTOPHER J. CHAN<br>SUTHERLAND ASBILL & BRENNAN LLP<br>999 PEACHTREE ST NE STE 2300<br>ATLANTA, GA 30309-3996 |
| DOMESTIC REPRESENTATIVE | NONE |

# LIGHTER. STRONGER. BETTER...