
PROUDLY AND EXCLUSIVELY
MADE IN THE USA™

# DDM4®

# MANUAL
INSTRUCTIONS / SAFETY / MAINTENANCE

# DANIEL DEFENSE®
»LIGHTER, STRONGER, BETTER...» DANIELDEFENSE.COM



At the turn of the 21st century, firearms enthusiast and lifelong shooter, Marty Daniel, had multiple concepts and designs he thought would greatly improve his M16 rifle. Unable to find these parts in the commercial market, he designed and created sling loops and rails in small batches and soon found the demand for these types of products was much greater than he could have ever imagined. Thus, Daniel Defense was born.

Marty set aside a small corner of the shop belonging to his other business located in an industrial park in Savannah, GA for Daniel Defense. The newly founded company soon witnessed substantial growth. As forecasted demand justified a larger facility, Marty designed and built a state-of-the-art 38,000 square foot manufacturing plant located in Black Creek, GA.

The next few years proved to be fruitful for Daniel Defense as new and innovative configurations were offered for its brand name Daniel Defense DDM4 Carbine.

An expanded line of products meant substantial capital investments, like the acquisition of additional Vertical & Horizontal CNC Machining Centers. This positioned Daniel Defense to gain new advantages in design and manufacturing capabilities. One such investment in recent years took Daniel Defense to the heart of the rifle—the barrel. No Daniel Defense rifle would be complete without a state-of-the-art barrel. Daniel Defense is one of five companies worldwide that own and operate barrel production cells capable of producing Cold Hammer Forged rifle barrels. This barrel cell, unmatched in the commercial AR market, allows Daniel Defense to bring in raw steel bar stock and produce over 4,000 barrels a month in multiple calibers and configurations.
This multi-million dollar investment demonstrates the Daniel Defense "take no prisoners" mentality and desire to grow as a major player in the commercial rifle market. It's this mindset that led to Daniel Defense being chosen as the provider of rails for the US Military's Elite, Special Operations Command (SOCOM), as well as being the sole provider of L85 rails to the United Kingdom Ministry of Defense. Daniel Defense takes great pride in being masters of design and manufacturing.

In addition to the current facility in Black Creek, Georgia, Daniel Defense successfully began operations in 2012 at its 90,000 square foot facility in Ridgeland, South Carolina. This newly acquired space affords Daniel Defense the ability to continue growth in the coming years; allowing them to meet the continued demand for product, as well as the ability to better serve their customers.

All of these accomplishments could not have been achieved without the loyalty of customers and end-users. Daniel Defense thanks you and is committed to providing you with Small Arms Solutions™ that are Lighter, Stronger, Better…®

REV1.1 1/2013   ©2013 Daniel Defense, Inc. All rights reserved.

# DDM4® MANUAL
## INSTRUCTIONS / SAFETY / MAINTENANCE

| | | |
|---|---|---:|
| **1.0 PRECAUTIONS** | | **5** |
| **2.0 MAIN FEATURES** | | **6** |
| **3.0 SAFETY INSTRUCTIONS** | | **6** |
| 3.1 | CAUTIONS | 6 |
| 3.2 | Trigger Guard | 10 |
| 3.3 | Safety Selector Lever | 11 |
| 3.4 | Bolt Locking Safety Features | 11 |
| 3.5 | Disconnect | 11 |
| 3.6 | Fail Safe Firing Mechanism | 11 |
| 3.7 | Separation of Upper And Lower Receivers | 12 |
| **4.0 FUNCTION** | | **12** |
| 4.1 | Ammunition Selection | 13 |
| 4.2 | Sights | 13 |
| 4.2.1 | Front Sight | 13 |
| 4.2.2 | Rear Sight (Back-Up Iron Sight) | 13 |
| 4.3 | Zeroing Weapon | 14 |
| 4.4 | Tips On Aiming | 16 |
| 4.5 | Forward Assist | 16 |
| 4.6 | Adjustable Buttstock | 16 |
| 4.7 | Loading | 17 |
| 4.8 | Unloading | 18 |
| 4.9 | Firing | 19 |
| **5.0 MAINTENANCE** | | **21** |
| 5.1 | Stripping For Cleaning | 21 |
| 5.2 | When To Clean | 23 |
| 5.3 | How To Clean | 23 |
| 5.4 | Cleaning The Magazine | 25 |
| 5.5 | Storage | 25 |
| 5.6 | Servicing And Repairing | 26 |
| **6.0 PARTS ILLUSTRATION & LIST** | | **27** |
| 6.1 | Bolt Carrier Group Parts Illustration | 28 |
| 6.2 | Lower Receiver Group Parts Illustration | 29 |
| 6.3 | Upper Receiver Group Parts Illustration | 30 |
| **7.0 WARRANTY STATEMENT** | | **31** |



*FIGURE 1 – Daniel Defense M4 Rifle*

⚠ **CAUTION: USE ONLY CLEAN, DRY, ORIGINAL, HIGH QUALITY COMMERCIALLY MANUFACTURED AMMUNITION IN GOOD CONDITION WHICH IS APPROPRIATE TO THE CALIBER OF YOUR FIREARM. WE DO NOT RECOMMEND THE USE OF REMANUFACTURED OR HAND LOADED AMMUNITION BECAUSE IT MAY SEVERELY DAMAGE YOUR RIFLE.**

| CARBINE | SUITABLE AMMUNITION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CHAMBERED FOR | 223 REM | 222 REM | 222 REM MAG | 5.56MM | 7.62X39MM | 6.8SPC | 300BLK | 300 WHISPER™ |
| 5.56MM | YES | NO | NO | YES | NO | NO | NO | NO |
| 300BLK | NO | NO | NO | NO | NO | NO | YES | YES |
| 6.8SPCII | NO | NO | NO | NO | NO | YES | NO | NO |

⚠ **WARNING: IF THIS FIREARM IS CARELESSLY OR IMPROPERLY HANDLED, UNINTENTIONAL DISCHARGE COULD RESULT AND COULD CAUSE INJURY, DEATH, OR DAMAGE TO PROPERTY.**

# 1.0 // PRECAUTIONS

⚠ **READ AND UNDERSTAND ALL THE FOLLOWING PRECAUTIONS BEFORE REMOVING THIS FIREARM FROM ITS PACKAGE.**

» *IMPORTANT: This Daniel Defense product is potentially lethal! It is classified as a Firearm or Dangerous Weapon by the Bureau of Alcohol, Tobacco, Firearms and Explosives.*

⚠ **CAUTION: PRIOR TO LOADING AND FIRING, CAREFULLY READ THIS INSTRUCTION MANUAL WHICH GIVES BASIC ADVICE ON THE PROPER HANDLING AND FUNCTIONING OF THIS DANIEL DEFENSE FIREARM.** However, your safety and the safety of others (including your family) depends on your mature compliance with that advice, and your adoption, development and constant employment of safe practices. If unfamiliar with firearms, seek further advice through safe handling courses run by your local gun clubs, NRA approved instructor, or similar qualified organizations.

» *NOTICE: Daniel Defense shall not be responsible for injury, death, or damage to property resulting from either intentional or accidental discharge of this firearm, or from its function when used for purposes or subjected to treatment for which it was not designed. Daniel Defense will not honor claims involving this firearm which result from careless or improper handling, unauthorized adjustment or parts replacement, corrosion, neglect, or the use of wrong caliber ammunition, or the use of ammunition other than original high quality commercially manufactured ammunition in good condition, or any combination thereof. Daniel Defense will not honor claims involving this firearm for any reason or cause when such claims are made by the second or subsequent owner.*

» *IMPORTANT: Before this firearm left the factory it was tested, carefully inspected, and packaged. Daniel Defense cannot control product handling after it leaves the factory; therefore, please examine this firearm carefully at the time of purchase to ensure that it is unloaded and undamaged. The dealer will be pleased to assist you in making this examination and endeavor to answer any further questions.*

This instruction manual should always accompany this firearm. When you lend, give or sell this firearm, be sure this manual goes with it. The firearms in this manual are classified as "semiautomatic assault weapons". Be sure to comply with all federal and local regulations governing their possession and use.

## 2.0 // MAIN FEATURES

The DDM4 Carbine is a lightweight, semi-automatic firearm chambered in one of three different variants: 5.56mm NATO, 6.8 SPCII, or 300 AAC BLACKOUT. Each rifle features one of Daniel Defense's Precision Machined Rail Systems, Chrome Lined or Salt Bath Nitride CHF Barrel, Fixed Vertical Foregrip, Magpul MOE® 6-Position Collapsible Buttstock, and Magazine.

## 3.0 // SAFETY INSTRUCTIONS

You may be an experienced, safe shooter already familiar with the procedures in this instruction manual, or you may have never handled a firearm before. Either way, we urge you to read this entire instruction manual carefully. **YOU MUST FOLLOW THE SAFETY INSTRUCTIONS FOR YOUR SAFETY AND THE SAFETY OF OTHERS.**

⚠️ **WARNING: WHEN YOU SQUEEZE THE TRIGGER, YOU MUST EXPECT THE FIREARM TO FIRE, AND YOU MUST TAKE FULL RESPONSIBILITY FOR FIRING IT. YOUR CARE CAN AVOID ACCIDENTAL DISCHARGE, AND YOU WILL THEREBY AVOID ACCIDENTAL INJURY AND DEATH.**

⚠️ **WARNING: THIS FIREARM MAY DISCHARGE ACCIDENTALLY WHEN A ROUND IS FED INTO THE CHAMBER, IF IT IS DROPPED OR RECEIVES A BLOW TO THE MUZZLE OR FRONT OF THE FIREARM. (THIS CAN OCCUR REGARDLESS OF THE POSITION OF THE HAMMER OR ANY OF THE VARIOUS SAFETY DEVICES.) THEREFORE, EXTRA CARE AND STRICT ADHERENCE TO THESE INSTRUCTIONS BY THE FIREARM USER IS MANDATORY FOR MINIMIZING THE RISK OF ACCIDENTS.**

## 3.1 // CAUTIONS

⚠️ **GENERAL HANDLING CAUTIONS**

1. **ALWAYS HANDLE YOUR FIREARM AS IF IT WERE LOADED** so that you never fire it accidentally when you think it is unloaded.

2. **NEVER POINT YOUR FIREARM AT ANYTHING YOU DO NOT INTEND TO SHOOT** so that if it fires accidentally, injury, death, or damage to property will be prevented.

3. **NEVER TAKE ANYONE'S WORD THAT A FIREARM IS UNLOADED**; check for yourself with fingers off the trigger and firearm pointed in a safe direction, so that you never fire the firearm accidentally when you think it is unloaded.

4. **ALWAYS MAKE SURE YOUR FIREARM IS NOT LOADED AND BOLT IS LATCHED OPEN BEFORE LAYING IT DOWN, OR HANDING IT TO ANOTHER PERSON**, so that it cannot be fired when it is unsafe to do so. Do not let anyone stick their fingers in the ejection port during inspection or operation.

5. **ALWAYS KEEP AND CARRY YOUR FIREARM EMPTY, WITH THE HAMMER FORWARD** except when you intend to shoot, so that your firearm cannot be fired when you do not intend to fire it.

6. **ALWAYS BE AWARE OF POSSIBLE RISK FROM DROPPING YOUR FIREARM.** Some parts of the mechanism could be damaged. You may not see the damage, but if it is severe, the firearm may discharge and cause injury, death, or damage to property. If your firearm has been dropped, have it examined by a competent gunsmith before using it again.

7. **NEVER LEAVE A FIREARM COCKED AND READY TO FIRE** as this condition is extremely dangerous, and the firearm could easily be accidentally discharged, causing injury, death, or damage to property.

8. **NEVER LEAVE A LOADED FIREARM UNATTENDED.** Someone, especially a child, may fire it and cause injury, death, or damage to property.

9. **ALWAYS INSTRUCT CHILDREN AND OTHERS IN YOUR HOUSEHOLD TO RESPECT FIREARMS.** If you teach your children to shoot, teach them or get them trained by a qualified instructor to treat and use a firearm properly, and always supervise them closely. Always stress safety so that your children will not discharge a firearm when it is unsafe to do so.

## ⚠ RANGE CAUTIONS

10. **ALWAYS BE SURE YOUR BACKSTOP IS ADEQUATE** to stop and contain bullets before beginning target practice so that you do not hit anything outside the range shooting area.

11. **ALWAYS PUT A KNOWLEDGEABLE AND RESPONSIBLE PERSON IN CHARGE TO MAINTAIN SAFETY CONTROL WHEN A GROUP IS FIRING ON A RANGE.** Obey their commands so that discipline is maintained to reduce the likelihood of accidents.

12. **ALWAYS CARRY YOUR FIREARM EMPTY WITH THE BOLT LATCHED OPEN WHILE ON A RANGE** until preparing to fire. Keep it pointed towards the backstop when loading, firing and unloading, to eliminate the risk of injury, death, or damage to property from premature discharge.

 **LOADING CAUTIONS**

13. **ALWAYS BE SURE BARREL BORE, CHAMBER AND ACTION ARE CLEAN AND CLEAR OF OBSTRUCTIONS.** Clean a wet or fouled firearm immediately so that it will function correctly and safely.

14. **ALWAYS USE CLEAN, DRY, ORIGINAL, HIGH QUALITY COMMERCIALLY MANUFACTURED AMMUNITION IN GOOD CONDITION WHICH IS APPROPRIATE TO THE CALIBER OF YOUR FIREARM.** (See, PAGE 4 for proper ammunition information.) Firearm and ammunition manufacturers design their products within exacting engineering safety limits. Handloads and remanufactured ammunition are sometimes outside those limits, potentially causing malfunctions that can damage the receiver and magazine, cause injury, death, or damage to property with costly repairs to your firearm.

15. **ALWAYS CHECK THAT AMMUNITION IS CLEAN AND UNDAMAGED BEFORE USING THE FORWARD ASSIST.** Forcing damaged ammunition into the chamber could damage your firearm and could result in injury, death, or damage to property.

**SHOOTING CAUTIONS**

16. **NEVER CONSUME ALCOHOLIC BEVERAGES OR TAKE DRUGS BEFORE OR DURING SHOOTING**, as your vision, coordination, and judgment could be seriously impaired, making your firearm handling unsafe.

17. **ALWAYS SEEK A DOCTOR'S ADVICE IF YOU ARE TAKING MEDICATION**, to be sure you are fit to shoot and handle your firearm safely.

18. **ALWAYS WEAR AND ENCOURAGE OTHERS TO WEAR EAR PROTECTION WHEN SHOOTING**, especially on a range. Without ear protection, the noise from your firearm and other firearms close to you, could leave a "ringing" in the ears for some time after firing, while the cumulative, long-term effect could result in permanent hearing loss.

19. **ALWAYS WEAR AND ENCOURAGE OTHERS TO WEAR PROTECTIVE SHOOTING GLASSES.** Flying particles could damage eyes and cause blindness; but protective shooting glasses should prevent such injury.

20. **ALWAYS KEEP THE SAFETY SELECTOR LEVER SET TO "SAFE" WHEN YOUR FIREARM IS LOADED AND COCKED** until you are aiming at a target and intend to fire. This will minimize the risk of an accidental discharge.

21. **ALWAYS KEEP CLEAR AND KEEP OTHERS CLEAR OF THE EJECTION PORT.** Spent cartridges are ejected with enough force to cause injury, and the ejection port must be unobstructed by your hand to ensure safe ejection of spent rounds. Never place fingers in ejection port; they could be burned by hot metal or injured by the bolt moving forward.

22. **NEVER SQUEEZE THE TRIGGER OR PUT YOUR FINGER IN THE TRIGGER GUARD UNTIL YOU ARE AIMING AT A TARGET YOU ARE READY AND INTEND TO SHOOT.** This will prevent you from firing the firearm when it is pointing in an unsafe direction.

23. **ALWAYS BE ABSOLUTELY SURE OF YOUR TARGET AND THE AREA BEHIND AND BEYOND IT BEFORE YOU SQUEEZE THE TRIGGER.** A bullet can travel through or past your target up to 3 miles. If you are at all in doubt about what is behind or beyond your target, do not shoot.

24. **NEVER ATTEMPT TO FIRE IF WATER IS IN THE BARREL.** Water can accumulate if your firearm is exposed to heavy rain or fog. Open the bolt and allow water to drain before firing. Clean a wet firearm as soon as possible.

25. **NEVER SHOOT AT A HARD SURFACE SUCH AS ROCK, OR A LIQUID SURFACE SUCH AS WATER.** A bullet may ricochet and travel in any direction to strike you, others around you, or even an object you cannot see, causing injury, death, or damage to property.

26. **NEVER DISCHARGE A FIREARM NEAR FLAMMABLE MATERIAL.** Flame and sparks erupt from the firearm when discharged. They can start a fire or cause flammable liquids and gases to explode.

27. **NEVER FIRE YOUR FIREARM NEAR AN ANIMAL** unless it is trained to accept the noise; an animal's startled reaction could injure it or cause an accident.

28. **NEVER INDULGE IN "HORSEPLAY" WHILE HOLDING YOUR FIREARM** as it may be accidentally discharged.

29. **NEVER WALK, CLIMB, OR FOLLOW ANOTHER PERSON WHEN YOUR FIREARM IS COCKED AND READY TO FIRE** to eliminate risk of accidental discharge. Hold your firearm so that you can always control the direction of the muzzle and keep the safety selector lever set to "**SAFE.**"

## ⚠ MALFUNCTION CAUTIONS

30. ***IF YOU EXPERIENCE A FAILURE TO FIRE, ALWAYS HOLD THE FIREARM, POINTING TOWARDS THE TARGET OR SAFE OPEN AREA AND WAIT 30 SECONDS. If a hangfire (slow ignition) has occurred, the round will fire within 30 seconds. If round does not fire, cycle the bolt, eject the round and examine the primer. If the firing pin indent on the primer is light, off center, or nonexistent, have your firearm examined by a competent gunsmith before continuing to fire. If firing pin indent on primer appears normal (in comparison with similar previously fired rounds), assume faulty ammunition; segregate the misfired round from all other live ammunition and empty cases, reload and continue firing.***

>> **NOTE 1: It is normal for a light firing pin indent to appear on the primer of cartridges which have been fed into the chamber but not fired.**

>> **NOTE 2: Dispose of any misfired rounds in accordance with the ammunition manufacturer's instructions.**

31. **NEVER USE YOUR FIREARM IF IT FAILS TO FUNCTION PROPERLY, AND NEVER FORCE A JAMMED ACTION**, as a round may explode causing serious injury, possible death, or severe damage to your firearm.

⚠ **CLEANING AND STORAGE CAUTIONS**

32. **ALWAYS MAKE SURE YOUR FIREARM IS NOT LOADED BEFORE CLEANING AND STORING** so that it cannot be fired when it is unsafe to do so.

33. **ALWAYS KEEP AND STORE YOUR FIREARM AND AMMUNITION IN A SEPARATE LOCKED RECEPTACLE OUT OF REACH AND SIGHT OF CHILDREN AND UNTRAINED PEOPLE**, to minimize the risk of firearm and ammunition being easily available for loading and firing.

⚠ **FIREARM ABUSE**

34. **NEVER ABUSE YOUR FIREARM** by using it for any purpose other than shooting.

35. **NEVER DRY FIRE WHEN THE RECEIVERS ARE OPEN**

36. **NEVER ALTER PARTS** as the level of safety could be reduced.

>> **NOTE: Please note that we have chosen to use the word "SQUEEZE" in this instruction manual instead of "PULL" or "PRESS" when trigger movement is described; this is simply to remind you of the need for a gentle squeezing action to achieve the best possible accuracy.**

# 3.2 // TRIGGER GUARD

The Trigger Guard is a polymer strip below the trigger to protect it from damage and to help prevent accidental discharge. The Trigger Guard should always be in position. The Trigger Guard on the Daniel Defense M4 features radiused and beveled edges to accommodate shooters wearing gloves.

## 3.3 // SAFETY SELECTOR LEVER

The Safety Selector Lever is located on the left side of the lower receiver and has two positions, "FIRE" and "SAFE." When set to "FIRE," the firearm will fire a single shot each time the trigger is squeezed without manually reloading. When set to "SAFE," a cam bears upon the rear portion of the trigger, blocking the sear surface of the trigger and preventing the hammer from being released.

**» NOTE: The safety featured on the Daniel Defense M4 Carbine is a mechanical safeguard. As with all mechanical systems, failures within this system are possible and may not be visible to the operator. ACTIVATING THE SAFETY SELECTOR LEVER TO THE "SAFE" POSITION DOES NOT MEAN THE FIREARM IS INCAPABLE OF FIRING IF MISHANDLED OR DROPPED.**

## 3.4 // BOLT LOCKING SAFETY FEATURES

The firearm can fire only when the bolt is fully locked to the barrel and the firing pin is free to move forward.  The bolt carrier is designed in such a way that the firing pin is prevented from coming in contact with the cartridge, until such time that the bolt carrier moves forward over the bolt, rotating it to the fully locked position, allowing the firing pin to advance forward enough to fire the rifle. This design feature makes sure that the rifle will not fire before the cartridge is fully chambered and the bolt is fully rotated (locked) to the barrel.

Even with the bolt locked, if you do not use the proper ammunition, your rifle could blow up or blow down through the magazine. See, inside front cover and elsewhere in the manual where we clearly emphasize that you should use only clean, dry, original, high quality, commercially manufactured ammunition in good condition. Keep the bore of the barrel clear at all times.

## 3.5 // DISCONNECT

The Disconnect, which is part of the firing mechanism, prevents the firearm from firing fully automatic. As the hammer is cocked after each shot by the rearward movement of the bolt carrier, the Disconnect engages the hammer to hold it rearward until the trigger is released. When the trigger is released, retention of the hammer passes from the Disconnect to the sear surface of the trigger ready for the next shot.

## 3.6 // FAIL SAFE FIRING MECHANISM

In case of any failure of the firing mechanism, the top of the hammer and the underside of the carrier are machined in such a way that if the hammer was not held rearward by the disconnect or trigger sear surface, then the hammer would ride under the carrier and drop into engagement with the back of the firing pin to stop or prevent firing.

# 3.7 // SEPARATION OF UPPER & LOWER RECEIVERS

In the event of functional problems, the lower receiver can be separated from the upper receiver by pivoting it downwards after pushing out the rear take down pin. This provides access to the mechanism and separates the firing mechanism from other components so that the cocked hammer can not strike the firing pin.

>> **NOTE: The Bolt Carrier Group must be in the full forward position in order to separate the Upper Receiver from the Lower Receiver.**


# 4.0 // FUNCTION

The Daniel Defense M4 Carbine has a semi-automatic action. With the action cocked, chamber loaded, and selector lever set to "SEMI" the firearm may be fired by squeezing the trigger. The trigger rotates, disengaging the trigger sear surface from the hammer. The hammer spring drives the hammer forward to strike the firing pin, which in turn strikes the primer in the base of the cartridge, igniting the primer composition which ignites the main powder charge.

High-pressure gasses push the bullet down the barrel where rifling grooves impart a stabilizing spin to the bullet.  As a bullet passes through the gas port (a small hole in the barrel below the front site), gas escapes through the port, flows through the gas tube, into the bolt carrier chamber driving the bolt carrier group rearward.  As the bolt carrier moves to the rear, the firing pin is withdrawn into the bolt while the cam track in the bolt carrier acts upon the bolt cam pin, causing the bolt to rotate until its locking lugs are no longer in engagement with the lugs of the barrel extension.

The bolt is now unlocked and is carried rearward by the bolt carrier.

The extractor extracts the spent case and holds it against the face or bolt until the ejector throws the spent case through the ejection port.

The bolt carrier group continues rearward, compressing the action spring and returning the hammer to its cocked position, until the buffer assembly strikes the bottom of the receiver extension and stops. The action spring then forces the bolt carrier group forward so that the face of the bolt strips the next round of ammunition from the magazine and thrusts it into the chamber. Simultaneously the extractor snaps into the groove of a cartridge case and the bolt locks into the barrel.

The hammer is now held rearward by the disconnect. When trigger is released, the disconnect is rotated back releasing the hammer. However, before the disconnect hook actually releases the hammer, the trigger sear surface has rotated in front of the hammer notch so that hammer is held on the trigger sear surface making the firearm ready for another shot.

⚠️ **THIS IS A SEMI AUTOMATIC FIREARM AND IS IMMEDIATELY LOADED AND IS READY TO FIRE AGAIN AFTER EACH SHOT UNTIL MAGAZINE IS EMPTY. TO UNLOAD THE RIFLE, THE MAGAZINE MUST BE REMOVED, AND THE BOLT CARRIER GROUP MUST BE PULLED TO THE REAR WITH THE CHARGING HANDLE, EXTRACTING ANY ROUND IN THE CHAMBER.**

## 4.1 // AMMUNITION SELECTION

Daniel Defense firearms are designed to function with a variety of brands and types of factory manufactured ammunition in the appropriate caliber. **NOT ALL AMMUNITION WILL PRODUCE THE SAME RESULTS.** Daniel Defense recommends that after you read and understand this manual, you go to the range and fire different ammunition which is appropriate to the caliber of your firearm as recommended on the inside front cover. Once you find the ammunition which functions best - keep using it. To protect you and others from danger, and your firearm from being severely damaged, Daniel Defense does not recommend the use of any hand loaded or remanufactured ammunition.

## 4.2 // SIGHTS

Depending on the model, your firearm may have a mechanical sighting system which allows you to adjust for variations in range and windage. Rear sight is adjustable for windage, and the front sight is adjustable for elevation. This firearm has indexing numbers on the mounting rails of the upper receiver to show locations for mounting accessories such as optics. These indexing numbers allow the user to safely place the accessory back in the same location it was mounted before being removed.

## 4.2.1 // FRONT SIGHT

The mechanical sights consist of a front sight and an adjustable rear sight. The front sight post can be adjusted up or down for elevation and to establish the point of bullet impact (zeroing). The purpose of zeroing is to confirm that your rounds strike the target where you expect. When you follow the zeroing procedure later in this manual it will describe how to adjust the sights when firing at a 25 meter target to be effectively zeroed at 300 meters. You may zero at any range you like, but after zeroing, the front sight post should not be moved again.

## 4.2.2 // REAR SIGHT (Back-Up Iron Sight)

If your rifle is equipped with a Daniel Defense A1.5 Back Up Iron Site, the large aperture can be flipped back to bring the small aperture into use. A windage wheel on the right side of the sight can be turned to move the aperture to the right or left to adjust for windage. Be sure to take note of your rear sight adjustments for consistent zeroing. **See, adjustment table on next page.**

## ADJUSTMENT OF DD A1.5® REAR SIGHT in MINUTES OF ANGLE

| BARREL LENGTH | BULLET'S POINT OF IMPACT CHANGE |
|---|---|
| 16" | 1.43' |

**NOTE: As a useful guide, 1 minute of angle is approximately equivalent to a deflection of 1 inch at 100 yards.**

**To calculate the change in the point of bullet impact for any known change in sight setting use the following formula:**

Where:
R = Range …………....................… Distance from firearm to target in meters or yards
A = Angle of deflection …......... See, table above (NOTE: 1 degree = 60 minutes)
TAN = Tangent ………………... See, your calculator

**For R in meters**:
   Tan (A/60) X 100R = deflection in cm on target.

**For R in yards:**
   Tan (A/60 X 36R) = deflection in inches on target

# 4.3 // ZEROING WEAPON

*If you have mounted a telescopic sight follow the zeroing instructions provided with the sight.* To zero your mechanical sights here is the procedure to follow:

1. The front sight post and rear sight windage wheel are adjusted so you can hit your point of aim at 300 meters.

2. The small aperture must be in the up position.

3. During zeroing, only the front sight post and rear sight windage wheel are adjusted to move the point of bullet impact on the target.

4. The rear sight consists of a rotating windage drum with a spring loaded detent. To adjust the windage, depress the detent, rotate the drum clockwise for adjustment to the left and counter clockwise for adjustment to the right.

5. Based on preference, decide whether to use "CENTER HOLD" or "6 O'CLOCK HOLD" (illustrated to the right), and stick to it while zeroing your firearm.

 OR 

"CENTER HOLD"     "6 O'CLOCK HOLD"

6. Carefully aim at the target, take your time and fire 5 rounds.

7. If your shot group is not centered on the target in **elevation**, measure the distance up or down from the center of the target. Adjust the **FRONT** sight post by depressing the sight plunger and turning the sight post the number of clicks you calculate from the following chart:

| ELEVATION CHANGE IN POINT OF IMPACT AT 25M | |
| --- | --- |
| BARREL LENGTH | BULLET'S VERTICAL POINT OF IMPACT CHANGE (FRONT SIGHT ADJUSTMENT) |
| 16" | 1 CLICK = 0.5 INCH |
| | 2 CLICKS = 0.9 INCH |
| | 3 CLICKS = 1.4 INCH |
| | 4 CLICK = 1.9 INCH |

**To move next shot group up turn front sight post CLOCKWISE.**
**To move shot group down turn front sight post COUNTERCLOCKWISE.**

8. If your shot group is not centered on the target from side to side, measure the distance from the center of the target to an imaginary line running vertically through the center of the shot group. Adjust the windage setting by turning the windage wheel the number of clicks you calculate from the following chart:

| WINDAGE CHANGE IN POINT OF IMPACT AT 25M | |
| --- | --- |
| BARREL LENGTH | BULLET'S HORIZONTAL POINT OF IMPACT CHANGE (REAR SIGHT ADJUSTMENT) |
| 16" | 1 CLICK = 0.2 INCH |
| | 2 CLICKS = 0.4 INCH |
| | 3 CLICKS = 0.6 INCH |
| | 4 CLICK = 0.8 INCH |

**To move your next shot group to the right turn windage wheel CLOCKWISE.**
**To move shot group to the left turn the windage wheel COUNTERCLOCKWISE.**

9. Repeat firing groups of 5 rounds and adjusting the sights as described above until you are satisfied that the group is where you want it on the target. **Your sights are now zeroed.**

10. Make a careful note of your windage setting and leave it set that way.

11. Select the aperture size for the range at which you are most likely to be firing.

    **LARGE: 0-200m  OR  SMALL: 300m-600m or 800m depending on type**

## 4.4 // TIPS ON AIMING

1. Relax, hold steady and check that back stop and area behind target is safe.

2. Keep firearm level and do not tilt it sideways.

3. Keep tip of front sight in center of rear sight aperture.

4. Focus on tip of front sight, not on target.

## 4.5 // FORWARD ASSIST

The forward assist allows you to help the bolt to lock into the barrel, but it will only be useful on rare occasions when the bolt fails to lock automatically. When you must use the forward assist, it is usually time for you to clean your firearm paying particular attention to the cleanliness of the chamber and bolt.

## 4.6 // ADJUSTABLE BUTTSTOCK

The Daniel Defense M4 Carbine has a 6-position collapsible buttstock.

To extend or collapse the buttstock, press the rear end of the release lever up against the buttstock and slide the buttstock forward or backward and release the release lever to lock the buttstock at the desired position.

## 4.7 // LOADING

### TO LOAD A MAGAZINE:

⚠ **CAUTION: ALWAYS CHECK THAT AMMUNITION IS CLEAN AND UNDAMAGED BEFORE USING THE FORWARD ASSIST. FORCING DAMAGED AMMUNITION INTO THE CHAMBER CAN DAMAGE YOUR FIREARM AND CAN RESULT IN INJURY, DEATH, OR DAMAGE TO PROPERTY.**

1.  **CAUTION: READ SAFETY INSTRUCTIONS (SECTION 3).**

2.  Use only ammunition recommended on **PAGE 4** of this instruction manual as suitable for your firearm. Examine the ammunition, particularly on and around the primer. Look for dents, scratches, and other signs of damage. Do not load damaged ammunition. See also, "Ammunition Selection", page 13.

3.  With short end of the magazine facing forward, place a round between the lips of the magazine with the bullet forward. Press the round down until it is held by the magazine lips. Place next round on top of previous round and repeat until desired number is loaded.

⚠ **CAUTION: TO MINIMIZE RISK OF UNINTENTIONAL DAMAGE, LOAD LIVE AMMUNITION INTO YOUR FIREARM ONLY WHEN YOU ARE ABOUT TO SHOOT.**

### TO LOAD THE FIREARM:

⚠ **READ SAFETY INSTRUCTIONS (SECTION 3) – KEEP YOUR FIREARM POINTING IN A SAFE DIRECTION AND DO NOT TOUCH THE TRIGGER.**

1.  Remove empty magazine: depress magazine catch which is located on the right side of the lower receiver, and extract magazine from the magazine well.

2.  Press in on bottom of thumb piece of bolt catch while grasping and pulling back on the charging handle, to cock the hammer and leave bolt and carrier latched open to the rear.

⚠ **THE BOLT CARRIER GROUP BEING LATCHED OPEN IS NOT A SAFE CONDITION WHEN A LOADED MAGAZINE IS INSTALLED.**

3.  Return charging handle fully forward until it locks and remove finger from bolt catch.

4.  Set selector lever (located on left of lower receiver) to "**SAFE**", this will lock the trigger.

5. With bullet points forward, insert the loaded magazine into the magazine well and push upward until it stops and is locked by the magazine catch. When the magazine is inserted, pull down on the magazine to ensure it is fully seated in the magazine well.

6. Keeping fingers away from the ejection port and muzzle pointing in a safe direction, press in on the top of the thumb piece of the bolt catch. This will release the bolt carrier group to move forward and feed a round from the magazine into the chamber. **THE FIREARM IS NOW LOADED WITH A ROUND IN THE CHAMBER AND THE HAMMER IS COCKED.**

7. You may now close the ejection port dust cover if you wish; it is located on the right hand side of the upper receiver and will open automatically when the first round is fired.

⚠️ **CAUTION: NEVER LEAVE YOUR FIREARM COCKED AND LOCKED, READY TO FIRE WITHOUT SELECTOR LEVER BEING SET TO SAFE, AS THIS IS THE FIRE CONDITION AND IS EXTREMELY DANGEROUS. FIREARMS CAN EASILY BE ACCIDENTALLY DISCHARGED, CAUSING INJURY, DEATH OR DAMAGE TO PROPERTY.**

⚠️ **WARNING: THIS FIREARM MAY DISCHARGE ACCIDENTALLY WHEN A ROUND IS FED INTO THE CHAMBER, IF IT IS DROPPED OR RECEIVES A BLOW TO THE MUZZLE OR FRONT OF THE FIREARM. (THIS CAN OCCUR REGARDLESS OF THE POSITION OF THE HAMMER OR ANY OF THE VARIOUS SAFETY DEVICES). THEREFORE, EXTRA CARE AND STRICT ADHERENCE TO THESE INSTRUCTIONS BY THE FIREARM'S USER IS MANDATORY FOR MINIMIZING THE RISK OF ACCIDENTS.**

# 4.8 // UNLOADING

⚠️ **CAUTION: ALWAYS UNLOAD YOUR FIREARM IMMEDIATELY AFTER USE AND PRIOR TO CLEANING AND STORAGE TO MINIMIZE THE RISK OF ACCIDENTAL DISCHARGE.**

**TO UNLOAD:**

⚠️ **READ SAFETY INSTRUCTIONS. KEEP YOUR FIREARM POINTING IN A SAFE DIRECTION. DO NOT TOUCH THE TRIGGER AND KEEP HANDS AWAY FROM THE EJECTION PORT.**

1. Set the safety selector lever to "**SAFE**".

》 *NOTE: The hammer must be cocked to place this firearm on "SAFE".*

2. Press the magazine catch and remove the magazine.

3.  Pull the charging handle to rear and push in lower portion of bolt catch. If a round had been in the chamber it should have been ejected. If the last round had been fired, the bolt carrier group should already be held to the rear provided a magazine was in place.

4.  **LOOK INTO THE CHAMBER THROUGH THE EJECTION PORT TO MAKE SURE THE CHAMBER IS EMPTY.**

5.  When the magazine is removed and the chamber is empty, push the top portion of the bolt catch to allow the bolt carrier group to return forward.

6.  Remove remaining live rounds by sliding them forward out of the magazine.

7.  Collect live ammunition for safe storage and spent cartridge cases for disposal.

## 4.9 // FIRING

Before firing, practice your stance, sight picture, and breathing for steady aim with your firearm **UNLOADED**. Practice firing on a range before using your firearm for any other type of shooting.

⚠️ **ALWAYS WEAR AND ENCOURAGE OTHERS TO WEAR EAR PROTECTION WHEN SHOOTING, ESPECIALLY ON A RANGE. WITHOUT EAR PROTECTION, THE NOISE FROM YOUR FIREARM AND OTHER FIREARMS CLOSE TO YOU, COULD LEAVE A "RINGING" IN YOUR EARS FOR SOME TIME AFTER FIRING, WHILE THE CUMULATIVE LONG TERM EFFECT COULD BE PERMANENT HEARING LOSS.**

⚠️ **ALWAYS WEAR AND ENCOURAGE OTHERS TO WEAR PROTECTIVE SHOOTING GLASSES. FLYING PARTICLES COULD DAMAGE EYES AND CAUSE BLINDNESS; BUT PROTECTIVE SHOOTING GLASSES SHOULD PREVENT SUCH INJURY.**

⚠️ **READ SAFETY INSTRUCTIONS IN SECTION 3. KEEP YOUR FIREARM POINTING IN A SAFE DIRECTION. DO NOT TOUCH THE TRIGGER AND KEEP HANDS AWAY FROM THE EJECTION PORT.**

1.  Load the firearm as previously described.

2.  Grasp firearm with one hand on handguard and other hand on pistol grip with index finger resting along outside of trigger guard. Raise firearm and pull buttstock firmly into shoulder … extend buttstock as necessary.

3.  Aim by aligning target with front and rear sights.

4.  Move safety selector lever to "**SEMI.**"

5. Keeping steady aim, place index finger on trigger and squeeze gently until trigger releases hammer. Don't jerk the trigger as you will disturb your aim and ruin your accuracy. To fire the second and subsequent rounds, all that is necessary is to release the trigger and squeeze it again after every shot until you have completed firing or emptied the magazine.

6. **THIS IS A SEMIAUTOMATIC FIREARM AND IS IMMEDIATELY LOADED AND READY TO FIRE AGAIN AFTER EACH SHOT UNTIL THE MAGAZINE IS EMPTY.**

>> ***NOTE: This firearm can also be fired without a magazine in place.***

7. Release trigger, remove finger from trigger, and set selector lever to "**SAFE.**" If you have fired the last round from the magazine, the bolt will be held to the rear so that the firearm can quickly be reloaded by replacing the magazine, or the chamber can be inspected to make sure it is empty.

⚠ **CAUTION: WHILE FIRING, IF YOU NOTICE A DIFFERENCE IN SOUND OR RECOIL, STOP FIRING. A BULLET COULD BE STUCK IN THE BARREL. IF YOU FIRE AGAIN BEFORE CLEARING THE BLOCKAGE, THE BARREL MAY BULGE OR BURST AND CAUSE INJURY.**

**IF THIS OCCURS, RETRACT THE BOLT SLOWLY TO REMOVE AND IDENTIFY THE FIRED CARTRIDGE CASE. CLEAR THE FIREARM AND MAKE SURE THE BORE IS CLEAR. ANY UNBURNED PROPELLANT OR OBSTRUCTION IN THE BORE MUST BE REMOVED BEFORE FIRING AGAIN TO PREVENT RISK OF DAMAGE AND INJURY.**

⚠ **CAUTION: IF YOUR FIREARM FAILS TO FIRE, HOLD IT, KEEPING IT POINTED TOWARDS THE TARGET AND WAIT 30 SECONDS. IF A HANGFIRE (SLOW IGNITION) HAS OCCURRED, THE ROUND WILL FIRE WITHIN 30 SECONDS. IF THE ROUND DOES NOT FIRE, REMOVE THE MAGAZINE, EJECT THE ROUND AND EXAMINE THE PRIMER. IF THE FIRING PIN INDENT ON THE PRIMER IS LIGHT, MISALIGNED OR NONEXISTENT, HAVE YOUR FIREARM EXAMINED BY A COMPETENT GUNSMITH.**

If the firing pin indent on the primer appears normal (in comparison with previously fired rounds) assume faulty ammunition; segregate the misfired round from other live ammunition and empty cases; reload and carry on firing.

>> ***NOTE: On the Daniel Defense M4 Carbine, it is normal for a light firing pin indent to appear on cartridges which have been fed into the chamber, but not fired.***

>> ***NOTE: Dispose of misfired rounds in accordance with ammunition manufacturer's instructions.***

⚠ **KEEP YOUR FIREARM POINTING IN A SAFE DIRECTION. UNLOAD AS PREVIOUSLY DESCRIBED.**

⚠ **IMPORTANT: IF YOU LOAD YOUR FIREARM BUT DO NOT FIRE IT, KEEP THE SAFETY SELECTOR LEVER SET TO "SAFE" UNTIL YOU ARE READY TO FIRE.**

⚠ **NEVER LEAVE YOUR FIREARM COCKED READY TO FIRE WITHOUT SELECTOR LEVER SET TO "SAFE" AS THIS IS THE FIRE CONDITION AND IS EXTREMELY DANGEROUS. YOUR FIREARM CAN EASILY BE ACCIDENTALLY DISCHARGED, CAUSING INJURY, DEATH, OR DAMAGE TO PROPERTY.**

# 5.0 // MAINTENANCE

Your Daniel Defense M4 Carbine will perform better, last longer and remain safer when it is properly maintained. Follow the instructions in this section to keep your firearm in good condition.

1. **MAKE SURE THAT THE MAGAZINE IS REMOVED AND THAT THE FIREARM IS UNLOADED SO THAT IT CANNOT BE FIRED.**
2. **WEAR SAFETY GLASSES IN CASE YOU LOSE CONTROL OF SOME SPRING LOADED COMPONENT WHICH COULD INJURE YOUR EYES.**

### 5.1 // STRIPPING FOR CLEANING

≫ *IMPORTANT: To prevent loss of small components during stripping and cleaning, lay them out in an orderly fashion.*

1. **READ SAFETY INSTRUCTIONS IN SECTION 3 AND PREVIOUS CAUTIONS.**

2. Press the rear take down pin in from the left hand side of lower receiver and pull the pin out on the right hand side of the receiver until it comes to a positive stop.

3. Pivot the lower receiver down and away from the upper receiver.

4. If required for more convenience, completely separate the upper receiver from the lower receiver by pressing the front take down pin from the left hand side of the lower receiver and pulling out the pin on the right hand side of the receiver until it comes to a positive stop.

5. Pull charging handle to rear and remove the bolt carrier group.

6. Remove the charging handle by pulling it backwards to keyway and then down and out of the upper receiver.

7. Push in the firing pin retaining pin from right to left of the bolt carrier group and remove the pin by pulling it out to the left.

8. Tilt the bolt face up and remove the firing pin.

9. Push the bolt in towards the carrier until bolt rotates and comes to a stop, then turn the bolt cam pin through 90° (i.e., at right angles to its normal position).

10. Remove the cam pin by lifting it out and away from the bolt and bolt carrier.

11. Pull the bolt forward and remove it from the bolt carrier.

12. **Handguard Maintenance:**
    - If dirt or debris has accumulated in and around the handguard, use compressed air for removal.
    - Lubricate as needed.
    - If removal of handguard is deemed necessary, please take rifle to a qualified gunsmith.

    ➤ *NOTE: Removal not necessary unless dirt has accumulated in or around the handguard.*

13. Remove the buttstock from lower receiver:
    - Push the release lever up and extend the buttstock fully
    - Push the release lever down and pull the buttstock rearward.

14. Depress the buffer, maintaining pressure as the buffer is under spring tension, to prevent it from being ejected when the buffer retainer pin is depressed. Depress the buffer retainer pin to permit the buffer and the action spring to move forward. Depress the hammer to allow the action spring and the buffer assembly to continue moving forward and be completely removed from the receiver extension.

⚠ **IMPORTANT:  DO NOT STRIP YOUR FIREARM FURTHER THAN PREVIOUSLY DESCRIBED. IF ADDITIONAL MAINTENANCE IS REQUIRED; SEE, "SERVICE AND REPAIR" LATER IN THIS INSTRUCTION MANUAL. REASSEMBLE YOUR FIREARM BY REVERSING THE STRIPPING PROCEDURE ALREADY DESCRIBED, AND MAKE SURE THAT THE CAM PIN IS PROPERLY INSTALLED.**

⚠ **IF YOU ATTEMPT TO FIRE WITHOUT THE BOLT CAM PIN INSTALLED, DAMAGED OR INJURY MAY RESULT.**

## 5.2 // WHEN TO CLEAN

**Before firing**, make sure that the barrel and the chamber are clean and dry.

**After firing**, clean your firearm as soon as possible so that the job will be easier and there will be less opportunity for corrosion to start.

Periodically, when your firearm has not been fired, we suggest you clean it when necessary and at least once or twice a year in a temperate climate, or as often as once a week in a tropical climate. **IF YOU CARRY A LOADED FIREARM, UNLOAD IT AND CLEAN IT WHEN NECESSARY AND AT LEAST ONCE A MONTH. IF YOU GET YOUR FIREARM WET, CLEAN IT AS SOON AS POSSIBLE.**

## 5.3 // HOW TO CLEAN

The following cleaning procedure may be used both periodically and after firing; however, those items marked with a "*" are unnecessary for periodic cleaning.

**MATERIALS:** Cleaning rod, cleaning patches (cut to fit snugly into the bore), a small nylon brush, good quality light gun oil, *gun cleaning solution, *a brass wire bristle bore cleaning brush, and a chamber cleaning brush.

**PROCEDURE:**

⚠ **ENSURE THAT THE FIREARM IS NOT LOADED.**

1. Strip for cleaning as previously described.

» **NOTE:** *Avoid contact between the cleaning rod and the muzzle as resultant wear will greatly reduce accuracy.*

2. Attach a cotton flannel patch to end of the cleaning rod, insert it in the chamber and pass the rod and patch down through the barrel. Repeat, changing patches with each pass through the barrel, until the last patch comes out clean.

3. Visually inspect the barrel; if it is clean, proceed directly with step 8, but if it remains dirty, continue with step 4.

» **NOTE:** *Items 4 & 5 should be applicable only after firing.*

*Procedure Continues on next page.*

4. Attach brass wire bristle bore cleaning brush to cleaning rod and dip brush in firearm cleaning solution. Thoroughly scrub out barrel, passing the brush all the way through before reversing the movement. If you try to change direction with the brush in barrel, the brush will stick.

5. Attach the larger, chamber cleaning brush to the cleaning rod, dip the brush in bore cleaning solution, and clean the chamber. Use a minimum of five plunge strokes and three 360° clockwise, rotational strokes.

6. Repeat steps 2 and 3 above.

7. Use bore cleaning brush, still wet with firearm cleaning solution, and clean all carbon and powder residue from around the gas tube in the upper receiver, bolt locking lugs, bolt rings, firing pin, bolt cam pin, lip of the extractor, and inside the bolt carrier group.

⚠ **IMPORTANT: DO NOT USE A WIRE BRUSH ON ALUMINUM SURFACES SUCH AS THE UPPER AND LOWER RECEIVERS AND THE HANDGUARDS. IF CLEANING IS NECESSARY, AVOID SCRATCHES AND WEAR BY USING A SMALL NYLON BRUSH OR FLANNEL PATCH.**

8. Wipe all components clean and dry and inspect them for excessive wear, corrosion or mechanical damage. If any of these conditions are discovered, have them corrected before firing again. (See, Servicing and Repair later on in this section.)

9. Lightly dampen a flannel patch with gun oil and pass it once through the barrel, leaving a thin film of oil on the inside surface. Leave this film of oil on the surface if firearm is to be stored. If it is not being stored, or if it is being removed from storage for use, pass the dry patch through the barrel and chamber to remove as much oil as possible.

10. Check that flannel or brush bristles have not become lodged in any part of firearm, then lightly lubricate the following parts:
    - Windage drum/rear sight detents
    - Ejection port cover latch
    - Ejection port cover spring
    - Action springs and pins
    - Front sight detent
    - Charging handle catch
    - Charging handle catch spring
    - Inside rear or bolt
    - Mouth of bolt key
    - Bolt carrier exhaust ports
    - Forward assist

11. Remove any gun cleaning solution, oil, and finger prints from the outside surfaces of the firearm. (Finger moisture, if left, could start a corrosion process.)

12. Reassemble the firearm:

1. Insert the buffer/action spring and buffer into the receiver extension/ buffer tube on the rear of the lower receiver. The buffer retaining pin should prevent any forward movement of the buffer/action spring.

2. Install the buttstock onto the lower receiver- Pull the release lever down and push the buttstock forward on the receiver extension/buffer tube.

3. Insert the bolt into the bolt carrier. Take care to ensure that the chamfered edge of the bolt body where the cam pin sits is facing downwards. The cam pin should be inserted from the opposite side of the chamfered edge. Another way to ensure proper bolt installation is to ensure that the extractor is oriented to the right side of the bolt carrier.

4. Insert the cam pin into the bolt and bolt carrier.

5. Rotate the cam pin 90 degrees to allow the firing pin to fully seat into the bolt.

6. Insert the firing pin.

7. Insert the firing pin retaining pin from the left to right of the bolt carrier.

8. Install the charging handle into the upper receiver by pushing it forward approximately 1" inch into the keyway and then up into the upper receiver. You will not insert the charging handle all of the way until it latches.

9. With the bolt fully extended forward, install bolt carrier group into the upper receiver. Orient the gas key so that it fits into the charging handle and slide entire bolt carrier group forward and latch the charging handle into the upper receiver.

10. Attach the upper and lower receivers together by orienting the front upper receiver pivot pin lug into the corresponding recess in the lower receiver. Push the pivot pin from right to left until fully seated.

11. Pivot the rear end of the receivers together and push the rear takedown pin from right to left until fully seated.

## 5.4 // CLEANING THE MAGAZINE

For all cleaning, maintenance, and care instruction, please refer to the instructional insert provided with your Magpul PMAG®.

## 5.5 // STORAGE

⚠️ **CAUTION:  ALWAYS UNLOAD YOUR FIREARM FOR STORAGE AND STORE AMMUNITION SEPARATELY.**

Store your firearm and ammunition securely locked in separate locations out of the reach and sight of children. (Children are naturally curious and do not always believe or understand the real danger and responsibilities of firearms.)

 *NOTE: Do not store your firearm in an air tight container, and do not seal or attempt to seal the barrel to exclude dust, as an internal steel surface is more likely to corrode.*

## 5.6 // SERVICING AND REPAIRING

Should your firearm require adjustment or repair, make sure it is NOT LOADED and call Daniel Defense for specific instructions on where to send the rifle. For spare parts, seek advice from your Dealer who should have up-to-date information on how to best obtain genuine Daniel Defense parts.

An illustration and list of part names are included in the next section of this instruction manual to help you identify the parts you need, but it is most important to note that all parts are not available for sale. Those parts which are available should be installed by Daniel Defense or by a competent gunsmith. When ordering parts, please provide the part name as it is given on the Parts List along with the serial number of the firearm.

⚠️ **IMPORTANT:  IF YOU MAKE UNAUTHORIZED ADJUSTMENTS OR USE UNAUTHORIZED PARTS, DANIEL DEFENSE WILL NOT ASSUME RESPONSIBILITY FOR THE FUNCTIONING OF THIS RIFLE.**

**NOTE: THIS FIREARM IS MANUFACTURED TO PERFORM PROPERLY WITH THE ORIGINAL PARTS AS DESIGNED. IT IS YOUR DUTY TO MAKE SURE ANY PARTS YOU BUY ARE INSTALLED CORRECTLY AND THAT NEITHER REPLACEMENTS NOR ORIGINALS ARE ALTERED OR CHANGED. THIS IS WHY SENDING IT BACK TO THE MANUFACTURER IS HIGHLY RECOMMENDED. YOUR FIREARM IS A COMPLEX TOOL WITH MANY PARTS THAT MUST RELATE CORRECTLY TO OTHER PARTS. PUTTING A FIREARM TOGETHER INCORRECTLY OR WITH MODIFIED PARTS CAN RESULT IN A DAMAGED FIREARM, AND DANGER, INJURY, OR DEATH TO YOU AND OTHERS THROUGH MALFUNCTION. ALWAYS LET A QUALIFIED GUNSMITH WORK ON YOUR FIREARM AND CHECK ANY WORK YOU THINK WAS NOT PERFORMED BY A GUNSMITH. WE AT DANIEL DEFENSE THINK THIS IS A SMALL PRICE TO PAY FOR FIREARMS SAFETY.**

» *NOTE: Various Federal and State laws and local ordinances govern the transfer and transportation of firearms. Take the advice of the Dealer in your state on how to send your firearm to Daniel Defense. Before shipping your firearm, take note of some important points to remember:*

⚠️ **MAKE SURE THE MAGAZINE IS EMPTY AND THE FIREARM IS NOT LOADED.**

1. Prior to sending a rifle to Daniel Defense, an RMA (Return Merchandise Authorization) can be obtained by calling 1-866-554-GUNS (4867).

2. Do not send presentation boxes, accessories, or explosive components.

3. Daniel Defense's address for receiving packages is:
   **DDA, Inc.**
   **58 Firefly Drive**
   **Ridgeland, SC  29936**

》 ***NOTE: Do not indicate the contents, or include "DANIEL DEFENSE" in the address on the pack, so that an inquisitive thief is not attracted to it by such information.***

4. Make sure that the package contents are insured against loss or theft.

# FIREARM RECORD

Daniel Defense Model #: _____

Serial No.: _____

Caliber: _____

Purchased From: _____

Date Purchased: _____

Purchase Price: _____

# 6.0 // PARTS ILLUSTRATION & LIST

This images on the following pages are provided so you may identify names of parts for your own interest. However, for adjustment, repair or spare parts information; see, Section 5 "Servicing and Repair".



Pin, Firing

Carrier, Bolt, Standard

Pin, Retaining, Firing Pin

(2) HX-SHC S

Key, Gas, Standard

Pin, Bolt Cam, Standard

Bolt Assembly



Hammer, Semi-Auto
Spring, Hammer
Selector, Semi-Auto
Spring, Bolt Catch
Plunger, Bolt Catch
Bolt Catch
Pin, Roll, Bolt Catch
Magazine Catch
Magazine Catch Shaft
Pin, Detent, Pivot/Takedown
Spring, Detent, Pivot/Takedown
Lower Receiver
Enhanced Trigger Guard
Pin, Pivot
Spring, Trigger
Disconnector, Semi-Auto
Spring, Disconnector
Trigger, Semi-Auto

Buffer Retainer
Spring, Buffer Retainer

Spring, CAR, Buffer
CAR H-Buffer

Buttstock

(6) Position MIL Spec Carbine Receiver Extension

Rear Receiver QD Swivel Attachment Point

Castle Nut

Spring, Detent, Pivot/Takedown
Pin, Detent, Pivot/Takedown

Detent, Selector
Spring, Selector Detent

(2)Pin, Trigger/Hammer

Pistol Grip

Pin, Takedown

Magazine Release Button
Spring, Magazine Catch
Pin, Roll, Trigger Guard

**LOWER RECEIVER**
PARTS ILLUSTRATION



**UPPER RECEIVER**
PARTS ILLUSTRATION

*DDM4 V5 SHOWN. SOME PARTS VARY BY MODEL.*

Flash Hider
Crush Washer
Low Profile Gas Block
16" Gov Profile Mid Length Chrome Lined 1:7 Twist
Slotted Pan Head Machined Screw
Base, Front Sight
STI, Locking, 1D
Spring, Detent, Front Sight
Detent, Front Sight
Post, Front Sight
Cap, Vertical Grip
(2) O Ring
Taper Pin
Bolt-up System Barrel Nut
Bolt-up Plate
Body, Vertical Grip
Core, Vertical Grip
DDM4 Rail 12.0
Gas Tube, Mid Length
Pin, Roll, Gas Tube
Ejection Port Cover Pin
Ejection Port Cover
Spring Ejection Port Cover
(4) Bolt-up, Rail, Bolts
Screw, Windage
STI, Locking, 1D
Slotted, Pan Head Screw
A4 Upper Receiver
Bolt Carrier Group
Aperture, Rear Sight
Spring, Flat, Rear Sight
Base, Rear Sight
Spring, Detent, Rear Sight
Detent, Rear Sight A1
Drum, Windage
Pin, Roll
Spring, Forward Assist
Pin, Spring, Forward Assist
Forward Assist Plunger
Charging Handle

# 7.0 // WARRANTY STATEMENT

The Daniel Defense M4 Carbine carries a 100% satisfaction guarantee against defects in original materials and workmanship for the original purchaser. If your Daniel Defense M4 Carbine shows evidence of such defects, Daniel Defense will make every accommodation to fix, repair, or replace your firearm in the most expeditious and inexpensive manner possible. Daniel Defense does not warranty products or damage caused to our products by the correct or incorrect installation of other manufacturer's products. Be sure to retain your sales slip as proof of purchase date when making a claim.

⚠️ **HEALTH AND ENVIRONMENTAL WARNING**

**DISCHARGING FIREARMS IN POORLY VENTILATED AREAS, CLEANING FIREARMS, OR HANDLING AMMUNITION MAY RESULT IN EXPOSURE TO LEAD AND OTHER SUBSTANCES KNOWN TO CAUSE BIRTH DEFECTS, REPRODUCTIVE HARM, CANCER, AND OTHER SERIOUS PHYSICAL INJURY. HAVE ADEQUATE VENTILATION AT ALL TIMES. WASH HANDS THOROUGHLY AFTER EXPOSURE.**

If your instruction manual becomes lost or destroyed, obtain a replacement by calling 1-866-554-GUNS (4867) or writing to:

> **Daniel Defense**
> **101 Warfighter Way**
> **Black Creek, GA 31308 USA**

When requesting a manual, make a note of your address and include the information which is on the left side of your firearm including its serial number.

# DANIEL DEFENSE®

**101 Warfighter Way** | **Black Creek, GA 31408**
**www.danieldefense.com** | **1.866.554.GUNS (4867)**



**PROUDLY** AND **EXCLUSIVELY**
**MADE IN THE USA**™

*This instruction manual should always accompany this firearm. When you lend, give or sell this firearm, be sure that this manual goes with it.*

Daniel Defense, Daniel Defense with the interlocking DD, DDM4, and others are Trademarks registered with the United States Patent and Trademark Office.