UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL DEFENSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:14-cv-00131-WTM-GRS |
| | ) | |
| REMINGTON ARMS COMPANY, LLC, | ) | |
| and REMINGTON OUTDOOR | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' consenting and good cause being shown, the Court imposes the following deadlines in the above-styled case:

| | |
|---|---:|
| DATE ISSUE JOINED | 09/16/2014 |
| DATE OF RULE 26(f) CONFERENCE | 10/03/2014 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES | 11/15/2014 |
| JOINT STATUS REPORT<br>[90 days after issue joined] | 12/15/2014 |
| CLOSE OF FACT DISCOVERY | 06/14/2015 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF | 07/14/2015 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT | 07/14/2015 |
| DEADLINE TO MAKE EXPERT WITNESSES AVAILABLE FOR DEPOSITION | 07/29/2015 |

LAST DAY FOR FILING CIVIL MOTIONS,
INCLUDING *DAUBERT* MOTIONS but
EXCLUDING MOTIONS IN LIMINE                                    08/13/2015

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

SO ORDERED, this 6th day of May 2015.

_____
Honorable G.R. Smith
U.S. Magistrate Judge

Order prepared by:
/s/ Jason C. Pedigo
Jason C. Pedigo
Georgia Bar No. 140989
Counsel for Defendants
PO Box 9946
Savannah, GA 31412
T: (912) 233-9700
pedigo@epra-law.com

1448580.4