UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL DEFENSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:14-cv-00131-WTM-GRS |
| | ) | |
| REMINGTON ARMS COMPANY, LLC, | ) | |
| and REMINGTON OUTDOOR | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INDEX OF EXHIBITS

A.   Declaration of Adam Ballard

B.   Daniel Defense's Responses to Remington's Second Requests for Admission

C.   Deposition of Jordan Hunter

D.   Deposition of Marvin Daniel

E.   Daniel Defense's Responses to Remington's Second for the Production of Documents

F.   Daniel Defense marketing materials describing its products as lighter, stronger, and better.

G.   Daniel Defense email newsletter dated June 14, 2012

H.   Deposition of Jason Marcella

I.   Declaration of Robert Wallace

J.   First five pages of Google search results

K.   Deposition of Lawrence Haggerty

L.   Daniel Defense advertisements (bates stamped DD001016, DD001011 and DD 000999)

M.   Daniel Defense 2008 Product Guide

N.   Declaration of James T. Berger

O.   Paper copy of DPMS 2014 Product Guide

P.   Daniel Defense's Responses to Remington's Requests for Admission

Q.   Deposition of Roger Mustian

R.    Deposition of Carlos Martinez

S.    *In re NOW Health Group, Inc., Serial No. 85407659 (T.T.A.B. June 14, 2013)*

T.    *In re Lululemon Athletica Canada, Inc., Serial No 77/455,710 (T.T.A.B. 2013)*

U.    Index of exhibits