UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL DEFENSE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14-cv-00131-WTM-GRS |
| ) | |
| REMINGTON ARMS COMPANY, LLC, ) | |
| and REMINGTON OUTDOOR ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

Defendant Remington Arms Company, LLC files herewith Exhibit I to Defendant's Motion for Summary Judgment [**Doc. 74**], the Declaration of expert witness, Robert Wallace.

This 14th day of August, 2015.

ELLIS, PAINTER, RATTERREE & ADAMS LLP

By: /s/ Jason C. Pedigo
Jason C. Pedigo
Georgia Bar No. 140989
J. Patrick Connell
Georgia Bar No. 353316
Attorneys For Defendants

Post Office Box 9946
Savannah, Georgia 31412
912-233-9700
Tel: (912) 233-9700
pedigo@epra-law.com
pconnell@epra-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing document on all parties in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 14th day of August, 2015.

        ELLIS, PAINTER, RATTERREE & ADAMS LLC

        /s/ Jason C. Pedigo
        Jason C. Pedigo
        Georgia Bar No. 140989
        J. Patrick Connell
        Georgia Bar No. 353316
        Attorneys for Defendants

PO Box 9946
Savannah, GA 31412
2 East Bryan St., 10th Floor
Savannah, GA 31401
T: (912) 233-9700
pedigo@epra-law.com
pconnell@epra-law.com