UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL DEFENSE, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 4:14-cv-00131-WTM-GRS ) |
| REMINGTON ARMS COMPANY, LLC, and REMINGTON OUTDOOR COMPANY, INC. | ) ) ) ) |
| Defendants. | ) ) ) |

## **DECLARATION OF ROBERT WALLACE**

I, Robert Wallace, make the following Declaration in the above styled lawsuit:

1. My name is Robert Wallace and I am over the age of eighteen.

2. I currently serve as a brand identity consultant in the field of consumer marketing.

3. I am qualified to give expert opinions on the subject of brand identity and communications, marketing strategy, and brand design analysis.

4. The matters set forth in this declaration are based upon my personal knowledge and upon my review of documents provided by Remington Arms Company, LLC, as described in my report.

5. Attached hereto as Exhibit 1 is a copy of my current CV, which contains my background, education, training, and expertise. The information in Exhibit 1 is accurate.

6. Attached hereto as Exhibit 2 is a copy of my July 10, 2015, Expert Report. Exhibit 2 was prepared for use in the above-styled proceeding. Exhibit 2 reflects my opinion as generated in this suit.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of August, 2015.

_____
Robert Wallace