IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL DEFENSE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. CV414-131 |
| REMINGTON OUTDOOR COMPANY, INC., a/k/a Freedom Group, Inc.; DPMS FIREARMS/PANTHER ARMS; and REMINGTON ARMS COMPANY, LLC; | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| REMINGTON ARMS COMPANY, LLC, | ) ) ) | |
| Counter Claimant, | ) ) | |
| v. | ) ) | |
| DANIEL DEFENSE, INC., | ) ) | |
| Counter Defendant. | ) ) | |

### O R D E R

Before the Court are Plaintiff Daniel Defense, Inc.'s Motion for Preliminary Injunction (Doc. 28) and Motion for Hearing (Doc. 33); Defendants Remington Outdoor Company, DPMS Firearms/Panther Arms, and Remington Arms, LLC's Motion to Strike (Doc. 40); and the parties' Consent Motion to Drop Party (Doc. 61). In the Motion for Preliminary Injunction, Plaintiff seeks to enjoin Defendants from using Plaintiff's registered trademarks on promotional materials.

(Doc. 28 at 1.) However, Defendants have subsequently ceased using those marks in their promotional materials and Plaintiff has informed the Court that the issue is currently moot. Moreover, Defendant Remington Arms, LLC has recently filed a Motion for Summary Judgment. (Doc. 74.) Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 28) and Motion for Hearing (Doc. 33), and Defendants' Motion to Strike[1] (Doc. 40) are all **DISMISSED AS MOOT**. Should the need arise, Plaintiff may renew its motion and seek injunctive relief. Additionally, the parties' Consent Motion to Drop Party is **GRANTED** and Plaintiff's claims against Defendant Remington Outdoor Company, Inc. are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against DPMS Firearms/Panther Arms, and Remington Arms Company, LLC remain pending.

SO ORDERED this 4th day of September 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In this motion, Defendants sought to strike portions of two affidavits Plaintiff filed in support of its motion for injunctive relief.