IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
DANIEL DEFENSE, INC.,           )
                                )
     Plaintiff,                 )
                                )
v.                              )     CASE NO. CV414-131
                                )
DPMS FIREARMS/PANTHER ARMS      )
and REMINGTON ARMS COMPANY,     )
LLC,                            )
                                )
     Defendants.                )
                                )
                                )
REMINGTON ARMS COMPANY, LLC,    )
                                )
     Counter-Claimant,          )
                                )
v.                              )
                                )
DANIEL DEFENSE, INC.,           )
                                )
     Counter-Defendant.         )
                                )
```

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 109.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE** and Defendant's counter-claims are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, all pending

motions in this case (Doc. 63; Doc. 66; Doc. 68; Doc. 70; Doc. 74; Doc. 98) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of February 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA